~~LAW OFFICES OF BILL LATOUR~~
~~BILL LATOUR [CSBN: 169758]~~
~~1420 E. Cooley Dr., Suite 100~~
~~Colton, California 92324~~
~~Telephone: (909) 796-4560~~
~~Facsimile: (909) 796-3402~~
~~E-Mail: fed.latour@yahoo.com~~

~~Attorney for Plaintiff~~

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PAMELA KING, | No. EDCV 13 - 02310 AN |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED TWENTY EIGHT DOLLARS AND 81/100 ($1,928.81) subject to the terms of the stipulation.

DATE: October 20, 2014   _____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-